IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSE CORPORATION,<br><br>　　　　　Plaintiff,<br>　v.<br><br>SDI TECHNOLOGIES, INC., IMATION CORP., MEMOREX PRODUCTS, INC., 3XM CONSULTING, LLC, and DPI, INC.,<br><br>　　　　　Defendants. | Civil Action No. 09-cv-11439-PBS |

### JOINT STIPULATION TO EXTEND DEPOSITION DEADLINE AND MEDIATION DEADLINE

The parties hereto,[1] by and through their counsel and subject to the approval of the Court, in order to accommodate scheduling conflicts, hereby stipulate and agree as follows:

1.　　The deadline for Rule 30(b)(6) depositions, currently set for September 30, 2010, shall be extended by two months to and including November 30, 2010.

2.　　The mediation that is scheduled in this case for October 4, 2010 shall be re-scheduled to a date after November 30, 2010.

It is Hereby Stipulated and Agreed,

| | |
|---|---|
| BOSE CORPORATION | IMATION CORP., MEMOREX PRODUCTS, INC., AND DPI, INC. |
| By: /s/ Mark J. Hebert<br>　　Mark J. Hebert (BBO 546,712)<br>　　FISH & RICHARDSON P.C.<br>　　225 Franklin Street<br>　　Boston, MA 02110<br>　　TEL: 617-542-5070<br>　　Email: hebert@fr.com | By: /s/ Michael L. Nepple<br>　　Michael L. Nepple<br>　　THOMPSON COBURN LLP<br>　　One US Bank Plaza<br>　　St. Louis, Missouri 63101<br>　　TEL: 314-552-6000<br>　　Email: mnepple@thompsoncoburn.com |
| *Attorneys for Plaintiff Bose Corporation* | *Attorneys for Defendants Imation Corp., Memorex Products, Inc., and DPI, Inc.* |

---

[1] This Stipulation is being filed by Bose, Imation, Memorex, DPI and SDI. As of the time of filing this stipulation, undersigned counsel had not yet received authorization to affix the electronic signature of 3XM's counsel to this Stipulation. However, it is believed that 3XM also agrees to the rescheduling requested herein.

| SDI TECHNOLOGIES, INC | 3XM CONSULTING LLC |
|---|---|
| By: /s/ Aaron W. Moore<br>Matthew B. Lowrie (BBO 563,414)<br>Aaron W. Moore (BBO 638,076)<br>FOLEY & LARDNER, LLP<br>111 Huntington Avenue<br>Boston, Massachusetts 02025<br>TEL: 617-342-4001<br>Email: amoore@foley.com | By:<br>Dale A. Malone (BBO 552,376)<br>Law Office of Dale A. Malone<br>79 Forest Avenue<br>Cohasset, Massachusetts 02025<br>TEL: 617-674-4031<br>Email: dmalone@mylitigationcounsel.com |
| *Attorneys for Defendant SDI Technologies, Inc.* | *Attorneys for Defendant 3XM Consulting LLC* |

It Is So Ordered:

_____ _____
Date                                                                    U.S.M.J. Leo T. Sorokin

## Certificate of Service

Pursuant to D. Mass Local Rule 5.4(c), I certify as registered counsel for Plaintiff Bose Corporation, that on September 29, 2010, this document(s) filed through the ECF system will be sent electronically to registered counsel for each defendant as identified on the Notice of Electronic Filing (NEF).

/s/ Mark J. Hebert

22497784.doc